UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. |
| | : | |
| v. | : | |
| | : | |
| **ANDRE HAMMOND,** | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2250(a) and (c) |
| | : | (Failure to Register as a Sex Offender; |
| | : | Commission of a Crime of Violence While |
| | : | Failing to Register as a Sex Offender) |
| | : | D.C. Code § 22-3009 |
| | : | (Second Degree Child Sexual Abuse) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about January 23, 2010, and on or about January 7, 2013, within the District of Columbia, **ANDRE HAMMOND**, a person required to register under the Sex Offender Registration and Notification Act, Title 42, United States Code Section 16901 et seq. ("SORNA"), and having traveled in interstate and foreign commerce subsequent to his conviction for a sex offense, did knowingly fail to register, update and verify a registration as required by SORNA, that is, his residences in Maryland and Washington, D.C. (**Failure to Register as a Sex Offender**, in violation of Title 18, United States Code, Section 2250(a))

1

## COUNT TWO

Between on or about December 1, 2009, and on or about September 1, 2013, within the District of Columbia, **ANDRE HAMMOND**, having failed to register as a sex offender, in violation of Title 18, United States Code, Section 2250(a), committed the crime of Second Degree Child Sexual Abuse, in violation of 22 District of Columbia Code, Section 3009, which is a crime of violence under the law of the District of Columbia. (**Commission of a Crime of Violence while Failing to Register as a Sex Offender**, in violation of Title 18, United States Code, Section 2250(c))

## COUNT THREE

Between on or about December 1, 2009, and on or about September 1, 2013, within the District of Columbia, **ANDRE HAMMOND**, being more than four years older than D.Y., a child under sixteen years of age, that is, eleven to fourteen years of age, engaged in sexual contact with that child, that is, contact between **ANDRE HAMMOND'S** hand and D.Y.'s genitalia, with the intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of **ANDRE HAMMOND** and D.Y. (**Second Degree Child Sexual Abuse**, in violation of 22 District of Columbia Code, Section 3009)

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
Sarah D. McClellan
Assistant United States Attorney
D.C. Bar No. 492835
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7022
Sarah.McClellan@usdoj.gov

2